UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SHLOMO COHEN,

                     Petitioner,

     -against-

UNITED STATES OF AMERICA,

                     Respondent.
------------------------------------------------------------------x

ORDER
07 Civ. 07397 (GBD)

GEORGE B. DANIELS, District Judge:

     Petitioner's motion dated July 20, 2007, and filed on August 20, 2007, entitled "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28, United States Code, Section 2255" on the grounds of ineffective assistance of counsel, and violation of due process and equal protection, is denied.

     A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Jackson v. Albany Appeal Bureau Unit, 442 F.3d 51, 53 (2d Cir. 2006). As petitioner has not made such a showing, a certificate of appealability will not issue. Additionally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. Coppedge v. United States, 369 U.S. 438 (1962).

Dated: New York, New York
         November 8, 2007

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge